IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN DANIEL TAKESENEMY,<br><br>Defendant. | CR 18–30–BLG–SPW<br><br><br><br>ORDER |

The government having failed to file a response to Defendant Christian Daniel Takesenemy's amended motion for compassionate release by the deadline, *see* D. Mont. L.R. CR 47.2(a),

IT IS ORDERED that the government must file its response on or before **February 27, 2024** or the motion will be deemed unopposed. *See* LR C.R. 47.2(b).

DATED this 23rd day of February, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge