**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-30-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER** |
| CHRISTIAN DANIEL TAKESENEMY, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Revocation Hearing set for Thursday, April 17, 2025, at 2:30 p.m., is **VACATED.**

**IT IS FURTHER ORDERED** that the revocation hearing is **RESET** for **Tuesday, April 29, 2025, at 2:30 p.m.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ___9th___ day of April, 2025.

*Susan P. Watters*

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE